**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CASE NO. 5:23-CR-49 (MTT)** |
| | : | |
| **JENNIFER KAY SMITH** | : | |
| | : | |
| **Defendant** | : | |
| _____ | : | |

### PRELIMINARY ORDER OF FORFEITURE / MONEY JUDGMENT

WHEREAS, on October 30, 2023, Defendant Jennifer Kay Smith (hereinafter "Smith" or "Defendant"), pled guilty to Count One of the Information charging her with Federal Program Theft, in violation of Title 18, United States Code, Section 666(a)(1)(A);

AND WHEREAS, the Information contained a detailed Forfeiture Notice, pursuant to which the United States seeks forfeiture under Title 18, United States Code, Section 981(a)(1)(C), in conjunction with Title 28, United States Code, Section 2461(c), of any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such offense(s), including, but not limited to a personal money judgment in the amount of five hundred forty eight thousand, four hundred nineteen dollars and seven cents ($548,419.07);

AND WHEREAS, the Defendant plead guilty to a written Plea Agreement to Count One of the Information charging that Smith, being an agent of the Milledgeville Housing Authority, an organization receiving in each of the calendar years of 2021 and

2022 benefits in excess of $10,000 under federal programs administered by United States Department of Housing and Urban Development, embezzled, stole, and obtained by fraud property worth at least $5,000 and under the care, custody, and control of such organization, that is, money, in violation of 18 U.S.C. § 666(a)(1)(A);

AND WHEREAS, the United States has filed a Motion and Memorandum for the Issuance of a Preliminary Order of Forfeiture/Money Judgment (Doc. 15) against Smith in the amount of five hundred forty eight thousand, four hundred nineteen dollars and seven cents ($548,419.07), representing the proceeds of the violation, obtained directly or indirectly, as a result of such offense(s) and includes an offset already applied for the value of a Harley Davidson Tri Glide forfeited in a related administrative matter; and

WHEREAS, Rule 32.2(c)(1) of the Federal Rules of Criminal Procedure provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment";

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1.      Pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), 18 U.S.C. § 3554, and Rule 32.2(b), Federal Rules of Criminal Procedure, the Court finds by a preponderance of the evidence that the United States has demonstrated the required nexus between the personal money judgment amount and the offense(s) of conviction,

and the Defendant shall forfeit to the United States the sum of five hundred forty-eight thousand, four hundred nineteen dollars and seven cents ($548,419.07).

2.      The United States District Court, Middle District of Georgia, shall retain jurisdiction in the case for the purpose of enforcing this Order of Forfeiture/Money Judgment.

3.      Pursuant to FED. R. CRIM. P. 32.2(b)(4), this Order of Forfeiture/Money Judgment shall become final as to the Defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

4.      As issued this date, this Order of Forfeiture/Money Judgment consists of a judgment for a sum of money.  The United States may, at any time, move pursuant to FED. R. CRIM. P. 32.2(e), to amend this Order of Forfeiture/Money Judgment if the Government locates specific assets traceable to the subject property or other assets subject to forfeiture as substitute assets pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), through 18 U.S.C. § 981(a)(1)(C).

**SO ORDERED**, this 4th day of January, 2024.

S/ Marc T. Treadwell

MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT

PREPARED BY:

PETER D. LEARY
UNITED STATES ATTORNEY

*/s/ Michael P. Morrill*

MICHAEL PATRICK MORRILL
Assistant United States Attorney
Georgia Bar Number: 545410